Decided September 13, 1995

STATE OF CONNECTICUT *v.* CHARLES COLEMAN

The state of Connecticut's petition for certification for appeal from the Appellate Court, 38 Conn. App. 531 (AC 12812), is denied.

*Harry Weller*, assistant state's attorney, in support of the petition.

*Temmy Ann Pieszak*, assistant public defender, in opposition.

Decided September 13, 1995